# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE W. GIBBS, | ) | |
| | ) | |
| Petitioner, | ) | 2:11-cv-00750-KJD-RJJ |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ROBERT LEGRAND, | ) | |
| | ) | |
| Respondent. | ) | |

In this habeas corpus action, counsel appeared on July 13, 2011, on behalf of petitioner (ECF No. 19). Petitioner's counsel is Debra A. Bookout, Assistant Federal Public Defender, 411 E. Bonneville, Suite 250, Las Vegas, Nevada, 89101. Respondents have not appeared in this action, as they have not been served with the petition.

The Court will set a schedule for further proceedings in this action.

**IT IS THEREFORE ORDERED** that the Clerk shall **electronically** serve the petitioner (ECF No. 18) and a copy of this Order on respondents. Respondents shall file a notice of appearance in the action within twenty days thereof.

**IT IS FURTHER ORDERED** that counsel for petitioner shall meet with petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as fully as possible, the potential grounds for habeas corpus relief in petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

**IT IS FURTHER ORDERED** that petitioner shall have **ninety [90 days]**, to file and serve an amended petition for writ of habeas corpus, which shall include all known grounds for relief (both exhausted and unexhausted). Respondents shall have **forty five (45) days** after service of an amended petition within which to answer, or otherwise respond to, the amended petition. If petitioner does not file an amended petition, respondents shall have **forty five (45)** days from the date on which the amended petition is due within which to answer, or otherwise respond to, petitioner's original petition.

**IT IS FURTHER ORDERED** that if and when respondents file an answer, petitioner shall have **thirty (30) days** after service of the answer to file and serve a reply.

**IT IS FURTHER ORDERED** that counsel for respondents shall make available to counsel for petitioner (photocopying costs at the latter's expense), as soon as reasonably possible, copies of whatever portions of the state court record they possess regarding the judgment petitioner is challenging in this case.

DATED: July 19, 2011

_____
UNITED STATES DISTRICT JUDGE