**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GEORGE W. GIBBS, | ) | |
| | ) | |
| Petitioner, | ) | 2:11-cv-00750-KJD-CWH |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ROBERT LEGRAND, | ) | |
| | ) | |
| Respondent. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding with counsel. On October 17, 2011, petitioner filed a motion for an extension of time to file his amended petition. (Docket #24.) Good cause appearing, motion is **GRANTED.** Petitioner shall have to and including December 16, 2011, to file his amended petition.

**IT IS SO ORDERED.**

DATED: October 31, 2011

_____
UNITED STATES DISTRICT JUDGE