**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GEORGE W. GIBBS, | ) | |
| Petitioner, | ) | 2:11-cv-00750-KJD-CWH |
| vs. | ) | |
| | ) | ORDER |
| ROBERT LEGRAND, | ) | |
| Respondent. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding with counsel. On December 16, 2011, petitioner filed a second motion for an extension of time to file his amended petition. (Docket #24.) Good cause appearing, motion is **GRANTED.** Petitioner shall have to and including January 20, 2012, to file his amended petition. Petitioner should make every effort to meet this deadline as no further extensions of time for this purpose will be granted absent extraordinary circumstances.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE