# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

GEORGE W. GIBBS, )
)
        Petitioner, )   2:11-cv-00750-KJD-CWH
)
vs. )
)   ORDER
ROBERT LEGRAND, )
)
        Respondent. )

      This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding with counsel. On March 21, 2012, petitioner filed a motion for an extension of time to file his response to the motion to dismiss the amended petition. ECF No. 42. Good cause appearing, motion is **GRANTED.** Petitioner shall have to and including April 23, 2012, to file his amended petition.

      **IT IS SO ORDERED.**

      DATED: March 22, 2012.

                                                                           _____
                                                                 UNITED STATES DISTRICT JUDGE