# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE W. GIBBS,

    Petitioner,

vs.

ROBERT LeGRAND, *et al.*,

    Respondents.

Case No. 2:11-cv-00750-KJD-CWH

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel.

    Pursuant to an order of the United States Court of Appeals for the Ninth Circuit, this matter was remanded for consideration of the amended petition on its merits. (ECF No. 57). By order filed April 10, 2015, this Court directed respondents to file an answer to the amended petition within 45 days. (ECF No. 63). Respondents have filed a motion for an extension of time in which to file an answer, up to and including July 10, 2015. (ECF No. 64). Having reviewed the motion and good cause appearing, respondents' motion for an extension of time is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer (ECF No. 64) is **GRANTED.** The answer shall be filed on or before **July 10, 2015.**

    Dated this __30__ day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE