# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE W. GIBBS,

    Petitioner,

vs.

ROBERT LeGRAND, *et al.*,

    Respondents.

Case No. 2:11-cv-00750-KJD-CWH

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel.  Respondents have filed a motion for a third extension of time in which to file an answer. (ECF No. 73).  Having reviewed the motion and good cause appearing, respondents' motion for an extension of time is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for a third extension of time to file an answer (ECF No. 73) is **GRANTED.**  The answer shall be filed on or before **September 1, 2016.  No further extensions will be granted absent extraordinary circumstances.**

    Dated this   27   day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE